THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James A. Bryant, Appellant.
 
 
 

Appeal From Georgetown County
Edward B. Cottingham, Circuit Court Judge
Unpublished Opinion No. 2009-UP-032
Submitted January 2, 2009  Filed January
 14, 2009
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  James A. Bryant appeals his convictions
 and sentences for first-degree burglary, kidnapping, two counts of assault and
 battery with intent to kill, and assault and battery of a high and aggravated
 nature.  Specifically, Bryant alleges the trial judge erred in refusing to
 accept his guilty plea.  Additionally, Bryant asserts the trial judge erred in
 admitting evidence of prior bad acts.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v. Miller,
 375 S.C. 370, 388, 652 S.E.2d 444, 453 (Ct. App. 2007) (stating a trial
 judge is not required to accept a plea.); State v. Wood, 362 S.C. 520, 528, 608
 S.E.2d 435, 439 (Ct. App. 2004) (The res gestae theory recognizes that
 evidence of other bad acts may be an integral part of the crime with which the
 defendant is charged or may be needed to aid the fact finder in understanding
 the context in which the crime occurred.).  
AFFIRMED.
HEARN, C.J., SHORT and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.